UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

SWANIJI SELVAM SIDDHAR,

    Plaintiff,

v.

PACKYALEKSHMI PILLAI, et al.,

    Defendants.

Civ. No. 16-0903 (KM) (JBC)

OPINION

---

**KEVIN MCNULTY, U.S.D.J.**

Plaintiff is a federal prisoner proceeding *pro se* with a civil complaint. The filing fee for a civil complaint is $400.00. If a prisoner-plaintiff is proceeding *in forma pauperis*, the fee is $350.00, subject to being paid in installments as described below.

A prisoner who seeks to bring a civil action *in forma pauperis* must submit an affidavit, including a statement of all assets, which states that the prisoner is unable to pay the applicable filing fee. *See* 28 U.S.C. § 1915(a)(1). The prisoner must also submit a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of his complaint. *See id.* § 1915(a)(2). The prisoner must obtain this statement from the appropriate official of each prison at which he was or is confined. *See id.*; *see also* L.Civ.R. 81.2(b) ("Whenever a Federal, State, or local prisoner submits a civil rights complaint . . . the prisoner shall also submit an affidavit setting forth information which establishes that the prisoner is unable to pay the fees and costs of the proceedings and shall further submit a certification signed by an authorized officer of the institution certifying (1) the amount presently on deposit in the prisoner's prison account and, (2) the greatest amount on deposit in the prisoner's prison account during the six-month period prior to the date of the certification.").

Even if a prisoner is granted *in forma pauperis* status, he must pay the full amount of the filing fee of $350.00. *See* 28 U.S.C. § 1915(b)(1). In each month that the amount in the prisoner's account exceeds $10.00, the agency having custody of the prisoner shall assess, deduct from the prisoner's account, and forward to the Clerk of the Court, payment equal to 20 % of the preceding month's income credited to the prisoner's account. *See id.* § 1915(b)(2). The deductions will continue until the $350.00 filing fee is paid.

Even if the necessary fees are paid and the complaint is accepted for filing, the Court may nevertheless immediately dismiss the case. The Court must review the complaint and dismiss it if it finds that the action is: (1) frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. *See id.* § 1915(e)(2)(B); *see also id.* § 1915A(b).

If the plaintiff has, on three or more prior occasions while incarcerated, brought an action or appeal in a court that was dismissed on any of the grounds listed above, he cannot bring another action *in forma pauperis* unless he is in imminent danger of serious physical injury. *See id.* § 1915(g).

In this case, plaintiff has not paid the $400.00 filing fee. While plaintiff has submitted an application to proceed *in forma pauperis*, his prisoner account statement has not been certified by the appropriate prison official. Thus, it is insufficient and will be denied without prejudice. Plaintiff states that the facility has advised him that they will not sign for these kinds of actions. While this Court cannot rule out the possibility that plaintiff was unable to obtain signature of an authorized prison official certifying his account, plaintiff must specify the names and titles of authorized prison officials whom he approached with requests to certify his accounts, the dates of these requests, and the reasons these authorized prison officials gave to plaintiff in connection

with their decisions to decline his requests. Upon being presented with plaintiff's certification to that effect, this Court would be in the position to determine whether it should excuse plaintiff's failure to obtain an authorized prison official's signature or whether the Court should conduct an additional inquiry into this matter. Accordingly, the Clerk will be ordered to administratively close the case. Plaintiff may reopen this action, however, by either paying the filing fee or submitting a complete *in forma pauperis* application.

DATED: March 23, 2016

_____
KEVIN MCNULTY
United States District Judge